The next case will be 09-3104. Rachel or Graco of the Merit System Protection Board. Mr. Kershaw. Good morning, Your Honor. Just for the record, it's Rachel. Your Honor, this case is about a pro se litigant at the MSPB. Clearly he did not, had he had to do it over, he would have submitted what he had filed with the Office of Special Counsel, and the fact is he didn't, and we can't go back and change that. The question is, under the standards that this court and the MSPB have set, did the judge here have any obligation to, as it says in the Kaiser v. the Kaiser case, which is cited on page 11 of our brief, a judge has a particular obligation with respect to jurisdiction to advise the pro se appellant as to what exactly, where he has the burden of proof to establish the jurisdiction. Didn't he do that? I know that page 30 of the joint appendix in his order telling what to produce, he was quite explicitly, you must state the following. One, the specific disclosures that you made, two, to whom it was made, three, and when it was made. What more specifics do you think they had to tell him? Well, that's a very fair question, and I think that's what happened. If you read the appellant's response to the judge on the 13th of March, first he tells the judge that he believes he only had four days to respond, that's on page 40 of the joint appendix, and then he gives an indication here that he tells the judge a long story about how he had sent this into the Dallas office, how the clerk there had assured him that these materials were delivered to the judge. He later says he didn't understand what the term inter alia meant, and that the judge later made himself unavailable for his phone calls. So I think that all of those factors together, how difficult would it have been for the judge to say, hey, I got your submission, we need the full submission that you submitted, even though you submitted that to the office already, that's not good enough. So you understand. Well, Steve, I understand your argument that when he was told to produce, and there was also additional specific things on the next page he was told to produce, and when he responded to that saying, well I sent all of that down to the other office and I assume they transferred it to you, you say at that point the administrative judge should have said that's not good enough, I want to know explicitly the things that I said to you, and I want you to tell me now to whom did you make these disclosures, what were they, what reason do you have to think they led to you not being hired, and so on. That's what you say there was some obligation. Right. Where do you find that obligation on the part of the administrative judge to tell every pro se litigant exactly what evidence to submit? I mean, he was told to submit certain evidence, and you agree, I take it, that he didn't submit it. Right. I do agree to that. There's a case that we've cited in our reply brief, the case of Lewis versus the U.S. Marine Corps, 3 MSPR 328 on page 330, where the initial decision is issued without a hearing, the administrative judge should, in the interest of justice, monitor the submissions closely and request additional evidence where appropriate. Didn't that case relate to the merits rather than jurisdiction? I don't know, but the case that I had cited before, the Kaiser case, clearly that was with respect to jurisdiction. I don't know so much that it makes a difference because what the courts are trying to do, and there's a number of other cases where this is emphasized, is that, for example, in the Swan case versus Office of Personnel Management, 93 MSPR 622, that even though the petitioner there didn't provide a hearing, the judge did not provide a hearing. He did provide his exhaustion letter at the appropriate time where the document can be easily obtained. It's appropriate to remand the appeal for further supplementation of the record. And the one case that my adversary cites, which I've looked at, the Mendoza case, at this level, I think is very distinguishable because there in the case there was a delayed filing of the original claiming. There was a statute, there was a CFR which said you have 25 days to appeal this. And there the appellant did not appeal it on time. So the question is why didn't you appeal it on time? And she did not answer the judge at all. She just stated that she's entitled to the annuity. It was an annuity case. Here, and there the panel ruled for, the Federal Circuit panel ruled for the appellant. It was a little reversed by Nambak. There's a vigorous dissent in that case that basically said that this was a confusing process for her and had the facts been a little different as they are in this case. Here the judge purposely didn't make himself available to take this guy's phone calls. So I think that that is when the judge doesn't do that, he doesn't execute his duty, and he provides an answer. Does the record show how many phone calls he made to the judge? I don't believe so. I don't think it does. But I think he says in his appeal to the full board that the judge did not take his phone calls. That's, I think, enough that the judge, what the judge should have done is he should have done that. So I think that's the basic point here that I'm making. Well, why should the judge accept a telephone call? On what basis? That is pro se. I would say this, Your Honor. There is a certain back and forth, as we see even in these arguments, that is not captured in a letter. That somebody writes a letter, you should do this, I respond back, and that the back and forth is missing in a non-oral type of indication. And I think that in non-oral communication, I think this is what the courts are trying to say, that we want to see these cases resolved on the merits. Unless somebody is just willfully ignoring the judge, not responding to orders, clearly in this case... Well, he didn't respond to the order, did he? He explained to the judge that he thought the judge already had that. He saw this as a redundancy. So the judge could have, it's not like he's saying, I think this is crazy. I think you're out to lunch, judge. I'm not going to listen to you. He's saying, judge, I think I've already complied with this. And he was wrong. If I understand, what you're saying basically is that when he sent those letters to the judge, what the judge should have done is sent him another letter or an order saying, let me repeat to you what I said to you in my previous order, and then quotes those two passages and then says, now you've got to supply this specific information to me now so that I can decide whether I have jurisdiction. Is that what you're saying he should have done? Not necessarily repeat. He should have said, I understand your pro se. This is the process here. The process here is I need these submissions in spite of the fact you've already sent this. I'll give an example. How many times do we see this in the court's litigation of depositions or at a hearing where the litigant says, is asked a question and the litigant answers, oh, I've already responded to that in writing. You can check my interrogatories. I already sent this to my lawyers. There we tell the guy, even though you already did that, we have the right to know right now. And a lot of people are confused on that. If he had a lawyer and a lawyer messed it up, then I think that he should lose. But in this case, the fact that he was pro se, that he made a good faith attempt to it, is that it wouldn't have been what the judge should have done, as I indicated before, was to take that extra step. And with that, I'd like to save the rest of my time for rebuttal. All right. Ms. Ruden. Good morning, Your Honor. The board does not have jurisdiction over Ms. Rochelle's appeal. To take up where my opponent left off, the administrative judge, once Ms. Rochelle sent information in to the appeal, regardless of the fact that he may have sent it to the Dallas regional office, the administrative judge did not have sufficient information in the record to make a determination as to whether the board had jurisdiction over the appeal. The board would not have jurisdiction unless the administrative judge could determine that the items being brought to the attention of the board in the appeal were first brought to the attention of the Office of the Special Counsel. And the board, under Ellison, which this court issued some time ago, the administrative judge cannot recharacterize the allegations made. The administrative judge must know specifically what allegations were brought to the Office of the Special Counsel. When the administrative judge could not determine that, he asked, he said specifically, because it appears that the board may not have jurisdiction over this appeal, you are ordered to show cause in writing why this appeal should not be dismissed for lack of jurisdiction. And the administrative judge specifically said, you are ordered to specifically identify the protected disclosures that are the subject of the appeal. You must state the following. What disclosures were made? He's not a lawyer. He's a layperson. You tell a lawyer that this is an order to show cause, it means something, right? They're all lawyers. To a layperson, if he's already submitted the evidence, and he believes he's already submitted it, what reaction would he have to an order to show cause? Couldn't he just say, I've already submitted it, Your Honor, and I sent it in to the Dallas office? No, Your Honor. I don't believe that. That's insufficient for a layperson to do that? I believe that is insufficient for a reasonable layperson. Why? Because if an administrative judge asks you for information, I think a reasonable layperson should reach the conclusion that he doesn't have it. Despite the fact that he may have sent it to the Dallas office, the one thing the layperson knew is that he sent it to the Dallas office. He knows that it is now in the Washington office. If the administrative judge tells you, I need this information to determine jurisdiction, I don't think it is appropriate for a reasonable layperson to respond by saying, I've already sent it. Because that should say to that layperson, he may not have it. Let me send it again. This layperson, Mr. Rochelle, did not ever say that he didn't understand the plain language that was in the order. He never sent a copy of the complaint that he filed with the Office of Special Counsel. To the agency or to the judge? To the judge. He never sent it to the judge. But he did send it to the agency. Well, he sent it later on to the board, but that was after the initial decision had been issued. And in that, what we call close-out letter, it didn't say what was filed with the Office of Special Counsel. The only thing that the Office of Special Counsel said in the letter, the order, excuse me, the letter from the Office of Special Counsel is at, in the joint appendix, page 54. It only says that this is to notify that you have a right to seek corrective action. And it goes on to say you may seek corrective action from the MSPB under the provisions of 5 U.S.C. section 1214, the Merit System Section Board Regulations concerning the right to file an individual right of action with the board can be found. And they list that. It does not say what Mr. Rochelle filed with the Office of Special Counsel. Remember I said earlier that the board cannot recharacterize the complaint. The board cannot take what Mr. Rochelle filed with the Office of Special Counsel and take something else that he files with the board. But to what degree of specificity does a person who is proceeding on his own needs to establish the type of jurisdiction that the judge was looking for at this particular level? Can he do it by sending in the letter that you just cited, or does he need additional documentation? The letter to show cause doesn't show that, does it? The letter to show cause asks Mr. Rochelle to say what he disclosed. It asked him to say who he made it to. It asked him to say when it was made. He said you must also indicate whether you reasonably believe that your disclosure evidence is a violation of law, rule, or regulation, or gross mismanagement, gross rates of funds, abrupts of authority, or whether it's a substantial and specific danger to public health or safety. In addition, Mr. Rochelle was told that he must show that his protected disclosures were brought to the Office of Special Counsel. Can I ask you something which is not clear to me? I just want to be sure of this. This order, we call it an order to show cause. It's just a captioned order. It's this three-page document dated March 4, 2008, and various parts of it are underlined. Was the underlining in what was given to him, or was that something that was added in the course of preparation of the joint appendix? No, this was underlined in what was given to Mr. Rochelle. So what he received was this order with some underlining things, and then the word on the second page in the middle of it, after saying you should show cause, then it says you are ORDERED, and the word ORDERED is all in capitals, and that's where the underlining begins. So in other words, the administrative judge told this person, this is specifically what I want you to do and what you've got to do in order to establish jurisdiction, and then it told him various specific things that he was required to present. We believe that the order that was issued by the administrative judge was sufficiently clear for Mr. Rochelle to have responded to it. Instead, Mr. Rochelle responded that he had already provided it, and we believe that because Mr. Rochelle did not respond, case law said that he did so at his own peril. He had specific things which the administrative judge asked him to do. The administrative judge couldn't take what he sent and from that determine what was filed with the Office of Special Counsel. The only way the board has jurisdiction is to ensure that what was filed with the board was the same allegations that this appellant made to the Office of Special Counsel, and since it was not in the record before the administrative judge, regardless of why it was not in the record, the administrative judge took it upon himself, and we think rightly so, to send out an order to the appellant, Mr. Rochelle, to ask him for this particular information. Mr. Rochelle did not provide it, and since he did not provide it, the administrative judge could not make the determination that the board had jurisdiction, and since he couldn't make the determination that the board had jurisdiction, we believe that the administrative judge appropriately dismissed this appeal for lack of jurisdiction. But he answers that by saying, but he thought, he's just a pro se litigant, he's not a lawyer, he thought he had already supplied this information, and that's what he told the administrative judge, and the administrative judge, instead of saying to him, no you haven't supplied it, I don't have it, I'm ordering you again to supply it, the administrative judge just was silent, and the next thing that the administrative judge has said, I'm dismissing the case for lack of jurisdiction. That's his argument, and I take it your answer to that is the judge had no, there was no requirement that the judge do that. I believe there's no requirement that the judge do that in this particular case, because he had already sent what I believe is a clear order for Mr. Rochelle to supply information, and to the extent that Mr. Rochelle, even if he thought that he had already supplied it, he is now getting an order subsequent to when he has supplied it, which to me should have suggested to a reasonable person that regardless of whether I supplied it or not, he does not have it, so let me supply this again. But it could have been two things, either he doesn't have it, or he has it, but he didn't think that what was in there was sufficient, that's another possibility. Either way, we believe that Mr. Rochelle was derelict in not supplying the information that the administrative judge requested, and we believe that at that point... Let me ask you a slightly different hypothetical and see what you would say to this. Suppose the administrative judge sends him out this order, and his response instead of saying, well, I've submitted all of this information, his response was, I've been mistreated by the government and I demand redress, that's all he says. Was there any obligation on the administrative judge to come back to him and say, you haven't answered my order at all, or is that... In other words, the real question, I take it, that is posed by your opponent is, in what circumstances does an administrative judge have some additional obligation to tell a pro se litigant, look, you haven't satisfied what I told you to do, and this is what you've got to do. That's his argument as I understand it. Maybe. If Mr. Rochelle had said, I don't understand your order, then under those circumstances, maybe the administrative judge could have sent something to try to clarify... Well, was he required to? No, sir. That's the question, and as the case comes to us, he's asking us to say that the administrative judge had an obligation to do this. And, you know, let's suppose that's all he answered. He got this order and says, I don't know what you're talking about. Is that the end of it? Can the administrative judge at that point then say, well, 15 days have elapsed, you haven't given me the information I sought, I'm dismissing the case? Maybe if Mr. Rochelle had written back, instead of saying, I have already supplied this information, if he had written back maybe and said, I don't understand the order, maybe at that point the administrative judge could have sent... Well, it isn't the question of could have. The question is the administrative judge, he would say, must have. You say the administrative judge could have done this, but the question is whether the administrative judge was required to do it, as I understand. I think it would depend on what Mr. Rochelle wrote to the administrative judge and what he said in his response to the administrative judge at that point. And since we don't have what he had written here, he didn't say that he had a lack of understanding on what. He just went on the fact that I already sent it, you're asking for it again. I mean, the conclusion could be reached. One scenario is that I sent it already, you should have it, you're asking me for it again, and I'm not sending it. But a reasonable person, to me, a reasonable lay person would have looked at the order that said, I'm going to dismiss this appeal for lack of jurisdiction unless you provide this information. So if I don't want my appeal to be dismissed, rather than to respond by saying I already sent it, I'm going to send what the administrative judge requested. And I think even a lay person would have responded and sent some information according to what the administrative judge had requested under this, but he didn't. So since the administrative judge could not tell whether or not the allegations made in the appeal were the same allegations that were made before the Office of Special Counsel, the administrative judge at that point had no choice but to dismiss it because he couldn't determine whether or not the boy had. Was that the only issue before the administrative judge, whether what was stated in his complaint was the same thing that he had stated before the Office of Special Counsel? Well, that would be the first item. He also has to show that there was whistleblowing and that he had adverse action taken against him as a consequence. He had to show that, too, before the board would have jurisdiction over the whistleblower case. Yes, he would. But in order to show that, the first item is to determine that what was being appealed to the board are the same items that were brought to the attention of the Office of Special Counsel. Those analyses come later to determine whether or not he reasonably believed, whether or not he made a protected disclosure, whether or not he reasonably believed. All of those would come later. He never had the first item. He never had the documentation to determine whether or not what he filed before the board was the same that he filed before the Office of Special Counsel. So he couldn't even get to the second and third stages of the analysis. We believe that since the administrative judge could not determine what was filed with the Office of Special Counsel, that he appropriately dismissed his case for lack of jurisdiction and the board's decision should be affirmed. Thank you. Mr. Fischer. I think Your Honor's questions to the respondent have kind of underscored a lot of the points. I'm sorry. I think Your Honor's questions to my adversary have underscored a lot of the points I've made already, so I don't have anything further to add on rebuttal. That's okay. All right. Thank you. The case is submitted.